UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STUD STEPHENS,
    Plaintiff,

vs.                                        CASE NO. 8:12-CIV-302-T-17-TGW

MANATEE COUNTY,
    Defendant.
_____/

**ORDER**

    This cause is before the Court on the defendant's motion to dismiss the sixth amended complaint (Doc. 26). The Court finds the response well-taken and adopts it by reference herein. The Court has provided the plaintiff with multiple opportunities to state his cause of action, however, he continues to file the same rambling and disjointed complaint as the Court has previously found insufficient. The Court finds no basis for allowing yet another amendment. Accordingly, it is

    **ORDERED** that defendant's motion to dismiss the sixth amended complaint (Doc. 26) be **granted** and the cause of action be dismissed with prejudice. The Clerk of Court is directed to close this case.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 8th day of January, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record